# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2024-2590
Lower Tribunal No. 2023-CC-000887

_____

HEATHER OMTVEDT,

Appellant,

v.

ABSOLUTE RESOLUTIONS INVESTMENTS, LLC,

Appellee.

_____

Appeal from the County Court for Charlotte County.
Peter A. Bell, Judge.

November 25, 2025

PER CURIAM.

AFFIRMED.

STARGEL, NARDELLA and MIZE, JJ., concur.


Heather Omtvedt, Hillsborough, North Carolina, pro se.

No Appearance for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF FILED